[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Dec. 21, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-11841

_____

D. C. Docket No. 01-02323-CV-IJP-TMP

DANIEL SIEBERT,

Petitioner-Appellant,

versus

RICHARD F. ALLEN, Commissioner,
Alabama Department of Corrections,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(December 21, 2007)

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before TJOFLAT, BARKETT  and WILSON, Circuit Judges.

PER CURIAM:

This case comes to us on remand from the Supreme Court of the United States.  See Allen v. Siebert, 552 U.S. ___, 128 S. Ct. 2 (2007), reversing Siebert v. Allen, 480 F.3d 1089 (11th Cir. 2007).  In accordance therewith, we hereby AFFIRM the district court's dismissal of Siebert's federal habeas petition as being untimely filed pursuant to 28 U.S.C. § 2244(d).

**AFFIRMED.**